JAMES L. PICKERING, Appellant, v CITY OF BUFFALO, Respondent.—

Order unanimously affirmed, without costs, on the decision at Special Term, Marshall, J., and upon the further ground that the plaintiff has failed to allege a cause of action. (Appeal from order of Erie Supreme Court—dismiss complaint.) Present—Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.